**Fill in this information to identify the case:**

Debtor 1    Blake James Reynolds

Debtor 2    Lisa Marie Burchett Reynolds
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of North Carolina

Case number  18-80240

Official Form 410S1

# Notice of Mortgage Payment Change                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

Court claim no. (if known): 8-1

Last 4 digits of any number you use to identify the debtor's account:   4  5  1  1

Date of payment change:
Must be at least 21 days after date of this notice        02/01/2021

New total payment:   $ 1,447.81
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

    ☐ No
    ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment: $ 340.35      New escrow payment: $ 346.27

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

    ☑ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    Current interest rate: _____ %        New interest rate: _____ %

    Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

    ☑ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (Court approval may be required before the payment change can take effect.)

    Reason for change: _____

    Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1 __Blake James Reynolds__       Case number (*if known*) __18-80240__
         First Name   Middle Name   Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ __/s/ D. Anthony Sottile__                    Date __12/17/2020__
  Signature

Print:  __D. Anthony Sottile__                  Title __Authorized Agent for Creditor__
        First Name   Middle Name   Last Name

Company __Sottile & Barile, LLC__

Address __394 Wards Corner Road, Suite 180__
        Number           Street

__Loveland__                    __OH__   __45140__
City                            State    ZIP Code

Contact phone __513-444-4100__                  Email __bankruptcy@sottileandbarile.com__

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

BLAKE J REYNOLDS
58 BUTTONWOOD CT
PITTSBORO NC  27312

Analysis Date: December 10, 2020                                                                                                                      Final
Property Address: 58 BUTTONWOOD CRT  PITTSBORO, NC 27312                                                                       Loan:

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Feb 2020 to Jan 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 1,101.54 | 1,101.54 |
| Escrow Payment: | 340.35 | 346.27 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,441.89 | $1,447.81 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2020 |
| Escrow Balance: | 266.66 |
| Anticipated Pmts to Escrow: | 680.70 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $947.36 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 1,701.74 | 1,018.35 |
| Feb 2020 | 340.35 | | | | * | 2,042.09 | 1,018.35 |
| Mar 2020 | 340.35 | 340.35 | | | | 2,382.44 | 1,358.70 |
| Apr 2020 | 340.35 | 340.35 | | | | 2,722.79 | 1,699.05 |
| May 2020 | 340.35 | 340.35 | | | | 3,063.14 | 2,039.40 |
| Jun 2020 | 340.35 | 680.70 | | | * | 3,403.49 | 2,720.10 |
| Jul 2020 | 340.35 | | | | * | 3,743.84 | 2,720.10 |
| Aug 2020 | 340.35 | 340.35 | | | | 4,084.19 | 3,060.45 |
| Aug 2020 | | | | 1,084.00 | * Homeowners Policy | 4,084.19 | 1,976.45 |
| Sep 2020 | 340.35 | 340.35 | 1,023.00 | | * Homeowners Policy | 3,401.54 | 2,316.80 |
| Oct 2020 | 340.35 | 340.35 | 3,061.19 | 3,071.19 | * County Tax | 680.70 | (414.04) |
| Nov 2020 | 340.35 | 340.35 | | | | 1,021.05 | (73.69) |
| Dec 2020 | 340.35 | 340.35 | | | | 1,361.40 | 266.66 |
| Jan 2021 | 340.35 | | | | * | 1,701.75 | 266.66 |
| Anticipated Transactions | | | | | | 1,701.75 | 266.66 |
| Dec 2020 | | 340.35 | | | | | 607.01 |
| Jan 2021 | | 340.35 | | | | | 947.36 |
| | $4,084.20 | $4,084.20 | $4,084.19 | $4,155.19 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 4,084.19.  Under Federal law, your lowest monthly balance should not have exceeded 680.70 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: December 10, 2020      Final
Borrower: BLAKE J REYNOLDS      Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 947.36 | 1,731.29 |
| Feb 2021 | 346.27 | | | 1,293.63 | 2,077.56 |
| Mar 2021 | 346.27 | | | 1,639.90 | 2,423.83 |
| Apr 2021 | 346.27 | | | 1,986.17 | 2,770.10 |
| May 2021 | 346.27 | | | 2,332.44 | 3,116.37 |
| Jun 2021 | 346.27 | | | 2,678.71 | 3,462.64 |
| Jul 2021 | 346.27 | | | 3,024.98 | 3,808.91 |
| Aug 2021 | 346.27 | | | 3,371.25 | 4,155.18 |
| Sep 2021 | 346.27 | 1,084.00 | Homeowners Policy | 2,633.52 | 3,417.45 |
| Oct 2021 | 346.27 | 3,071.19 | County Tax | (91.40) | 692.53 |
| Nov 2021 | 346.27 | | | 254.87 | 1,038.80 |
| Dec 2021 | 346.27 | | | 601.14 | 1,385.07 |
| Jan 2022 | 346.27 | | | 947.41 | 1,731.34 |
| | $4,155.24 | $4,155.19 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 692.53. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 692.53 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 947.36. Your starting balance (escrow balance required) according to this analysis should be $1,731.29. This means you have a shortage of 783.93. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 4,155.19. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 346.27 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $346.27 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| In Re: | Case No. 18-80240 |
| Blake James Reynolds<br>Lisa Marie Burchett Reynolds | Chapter 13 |
| Debtors. | Judge Catharine R. Aron |

## CERTIFICATE OF SERVICE

I certify that on December 17, 2020, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    John T. Orcutt, Debtors' Counsel
    postlegal@johnorcutt.com

    Richard M. Hutson, II, Chapter 13 Trustee
    office@c13dur.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on December 17, 2020, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Blake James Reynolds, Debtor
    58 Buttonwood Court
    Pittsboro, NC 27312

Lisa Marie Burchett Reynolds, Debtor
58 Buttonwood Court
Pittsboro, NC 27312

| Dated: December 17, 2020 | /s/ D. Anthony Sottile |
|---|---|
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |